This document was signed electronically on June 30, 2010,
which may be different from its entry on the record.

IT IS SO ORDERED.



_____
Pat E. Morgenstern-Clarren
Dated: June 30, 2010                                                                  United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| In re: | Samuel Eric Daniels II | ) Chapter 13 Case No. 10-11548-M |
|---|---|---|
| | XXX-XX-2237 | ) |
| | Melissa Marie Daniels | ) Hon. Pat E. Morgenstern-Clarren |
| | XXX-XX-2024 | ) |
| | Debtors | ) |

### ORDER DISMISSING CASE AND RELEASING
### INCOME OF DEBTORS FROM THE JURISDICTION OF THE COURT

This case came on for consideration by the Court upon all the matters scheduled for hearing on June 22, 2010.

The objection to confirmation filed by the Chapter 13 Trustee is hereby rendered moot. The objection to confirmation filed by the IRS is sustained.

IT IS HEREBY ORDERED that confirmation of the plan is denied, and the case is hereby dismissed, based upon the Court's finding(s) that:

The Plan proposed by the Debtors is not feasible in that payments would extend beyond 60 months.

The Debtors and/or the Debtors' employer, as well as the future income of the Debtors, are hereby released from the supervision and control of the Court, as well as any order of the Court requiring payments to the Trustee in this case.

Submitted by:
/S/ Craig Shopneck
CRAIG SHOPNECK (#0009552)
Chapter 13 Trustee
200 Public Square, BP Tower Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268     Fax (216) 621-4806
Ch13shopneck@ch13cleve.com

## SERVICE LIST

Craig Shopneck, Chapter 13 Trustee

Office of the U.S. Trustee (served via ECF)

All creditors and parties of interest

Priscilla Schnittke, Attorney for Debtors (served via ECF)

Melissa Marie Daniels & Samuel Eric Daniels II, Debtors
3708 Parkside Circle West
Lorain OH 44053

Our Lady Of Wayside, Employer
Attn:  Payroll, 38135 Colorado Ave
Avon  OH 440110000


CS/bas
06/30/10